# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 22, 2020

161317

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JERMAINE DONELL HORRISON,
        Defendant-Appellant.

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 161317
COA: 342528
Saginaw CC: 17-043783-FC

_____/

On order of the Court, the application for leave to appeal the March 17, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2020



Clerk

t1214